COMMONWEALTH of Pennsylvania, Respondent

v.

Douglas FERRIN, Petitioner

No. 474 EAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Marlene Kay WALTMAN and Joel Waltman, Husband and Wife

v.

GYRUS ASMI, L.P., Gyrus ACMI, LLC, Gyrus ACMI, Inc., Gyrus Medical Ltd., Olympus Corporation of the Americas, Olympus America Inc., Olympus Corporation

Petition of: Olympus Corporation, Gyrus ACMI, Inc., and Gyrus ACMI, LLC

No. 473 EAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

Eric JACKSON, Administrator of the Estate of Florence Jackson, Deceased, Petitioner

v.

CITY OF PHILADELPHIA and Fairmount Long Term Care, Respondents

No. 440 EAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**